~~SEALED~~
s/ dominicfrank

ORDERED UNSEALED on 9/23/2024 s/ dominicfra

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LUCAS CANTABRANA,<br>Defendant. | Case No.: '24 MJ3489<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of a Firearm |

The undersigned complainant being duly sworn states:

COUNT ONE

On or about August 28, 2024, within the Southern District of California, defendant LUCAS CANTABRANA knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a Stevens 12-gauge shotgun bearing serial number D5922179; in violation of Title 18, United States Code, Section 922(g)(1).

AUSTIN SAILOR
SPECIAL AGENT, ATF

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this Xxxx 13th day of September 2024.

HON. BENJAMIN J. CHEEKS
UNITED STATES MAGISTRATE JUDGE

# PROBABLE CAUSE STATEMENT

On August 28, 2024, Officers with the San Diego County Sheriff's Department were patrolling near the area of 1244 N. Santa Fe Avenue in Vista, California, which is within the Southern District of California. While in that area, the Officers observed a black Volvo being driven and bearing California license plate 5WFM867. The Officers conducted a records check for that license plate, which revealed that license plate registration was expired as of January 2024 and was therefore being operated in violation of California Vehicle Code §4000(A)(1). The Officers also observed the license plate to have a 2025 registration tab, which was a violation of California Vehicle Code §4463—false tabs. The Officers conducted a traffic stop based on those violations.

Police identified Lucas CANTABRANA as the driver and sole occupant of the Volvo and observed that CANTABRANA possessed a sheathed fix-blade knife near his groin area. Police directed CANTABRANA to exit the vehicle and then pat down the exterior of CANTABRANA's clothing to identify whether he possessed any additional weapons. During the pat down of CANTABRANA, police recovered a glass bulbous pipe from CATANBRANA's pants pocket. The pipe had burn marks at the end and white crystalline residue within the pipe. Police arrested CANTABRANA for violation of California Health and Safety Code §11364—possession of drug paraphernalia.

After CANTABRANA was placed in the back of the Officers' patrol vehicle, he began kicking the rear partition and yelling that he cannot go back to jail. A search of CANTABRANA's vehicle incident to his arrest revealed, among other items, a Stevens 12-gauge shotgun bearing serial number D592179 and four rounds of ammunition. The shotgun was concealed in a camping chair bag within the trunk of the vehicle.

Records checks on CANTABRANA revealed the following relevant criminal history:

| Conviction Date | Court of Conviction | Charge | Imprisonment |
|---|---|---|---|
| 09//24/2015 | CASC – San Diego | Cal. P.C. §245(a)(4)—Assault (Felony) | 4 Years Prison |

| | | | |
|---|---|---|---|
| 5/17/2018 | CASC – San Diego | Cal. P.C. §245(a)(4)—Assault (Felony) | 7 Years Prison |

The firearm was seized and inspected. Preliminary checks revealed that the firearm was not manufactured in California. Therefore, the firearm traveled in, and/or affected interstate commerce to arrive in the state of California.

**REQUEST FOR SEALING**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.